IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SEAN DAVID MATTINGLY,

    Petitioner,                                     Civil No. 08-984 ST

    v.                                            ORDER OF DISMISSAL

CHUCK SEELEY,

    Respondent.

    Based on the record and the Petitioner's unopposed motion, #57, IT IS ORDERED AND ADJUDGED this action is dismissed without prejudice. Any pending motions and all pending deadlines are stricken as moot.

    Dated this 23rd day of December, 2010.

                                                                     /s/ Anna J. Brown
                                                                     ANNA J. BROWN
                                                                       United States District Judge

Page 1- ORDER OF DISMISSAL